UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 06 B 00879
   HASANI BALL
                                         CHAPTER 13

                                         JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3013
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/02/06 and confirmed on 06/19/06.

   2.  The case was dismissed after confirmation, 10/04/2007.

   3.  The Debtor paid a total of $   5760.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NOVISTAR MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NOVISTAR MORTGAGE | MORTGAGE ARRE | 805.12 | .00 | 805.12 |
| AUTO CONNECTIONS | SECURED | 6700.00 | 632.78 | 1670.73 |
| KANE COUNTY TEACHERS CU | SECURED | 5000.00 | 472.23 | 1246.81 |
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ANYTHING WITH WHEELS LLC | UNSECURED | 2448.87 | .00 | 49.83 |
| ARROWHEAD INVESTMENTS IN | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORPORAT | UNSECURED | 1194.12 | .00 | 24.29 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1418.83 | .00 | 28.86 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF CIRCUIT COURT | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY RECORDERS OF | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS J RUSSELL | UNSECURED | NOT FILED | .00 | .00 |
| DIVISION OF CHILD SUPPOR | CHILD SUPPORT | NOT FILED | .00 | .00 |
| BANKRUPTCY REPORTING CON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | SECURED | 625.00 | 46.37 | 385.75 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | UNSECURED | 9072.00 | .00 | 187.89 |
| KANE COUNTY TREASURER | PRIORITY | NOT FILED | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| UNITED LEGAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 186.38 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 358.95 | .00 | .00 |

         Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED          OTHER        TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   13130.12         .00     14679.15            .00     27809.27
PRINCIPAL PAID        4108.41         .00       290.87            .00      4399.28
INTEREST PAID         1151.38         .00          .00            .00      1151.38
TOTAL PAID            5259.79         .00       290.87            .00      5550.66
```

The Debtor's attorney, EDWARD J VARGA                , was allowed $      .00
and was paid $        .00 .

The Trustee received $    209.34 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/14/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 00879 HASANI BALL